# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CONFEDERATED TRIBES OF COOS, LOWER UMPQUA AND SIUSLAW INDIANS,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendant.* | Case No.:  6:24-cv-01558-MC<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE |

Upon consideration of Plaintiff's Notice of Dismissal without Prejudice, this matter is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
Chief Judge Michael J. McShane
United States District Court

[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE - 1